EARNEST M. RICKER, *Appellant,* v. THE CITY OF JACKSONVILLE, A MUNICIPAL CORPORATION, AND THE STATE OF FLORIDA, *Appellees.*

Division B.

Decision Filed January 26, 1927.

An Appeal from the Circuit Court for Duval County; Daniel A. Simmons, Judge.

*Frank H. Elmore, Jr.,* for Appellant;

*Austin Miller* and *Charles Cook Howell,* for Appellees.

PER CURIAM.—This cause having hertofore been submitted to the Court upon the transcript of the record of the

decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and adjudged by the Court that the said decree of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.